UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
July 11, 2013

No. 12-3861

CHARLES WALKER,
AND ON BEHALF OF THE ESTATE
OF KIARA WALKER (DECEASED)

v.

ANDREW J. STERN; KLINE & SPECTER; ANGIE OTERO,
a/k/a Angie Jones; COURT OF COMMON PLEAS

Charles Walker,
Appellant
(E.D. Pa. No. 2-11-cv-01659)

Present:  SCIRICA, HARDIMAN and GREENAWAY JR., Circuit Judges

Motion by Appellant to Recall Mandate and to File Petition for Rehearing Out of Time.

Respectfully,
Clerk/smw

_____ORDER_____

The foregoing motion to recall the mandate and to file petition for rehearing out of time is granted with filing as of the date of this order.

By the Court,

/s/Anthony J. Scirica
Circuit Judge

Dated:   August 26, 2013
Smw/cc:   Charles Walker
          Andrew J. Stern, Esq.
          Suzanne H. dePillis, Esq.
          Mary E. Butler, Esq.



A True Copy

Marcia M. Waldron

Marcia M. Waldron, Clerk